JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FOUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>CORE LENDING, INC.,<br><br>        Defendant. | Case No. SA CV 20-1369 FMO (ADSx)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Re: <u>Ex</u> <u>Parte</u> Application for Temporary Restraining Order, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the claim for violation of 12 C.F.R. § 1024.41, and dismissed without prejudice as to the remaining state law claim.  The parties shall bear their own fees and costs.

Dated this 13th day of October, 2020.

                                                                 /s/
                                             Fernando M. Olguin
                                         United States District Judge